# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. Cathy L. Waldor, U.S.M.J. |
| | : | Mag. No. 13-7316 |
| v. | : | |
| **ROSEMARIE RUTTY** | : | <u>**ORDER FOR CONTINUANCE**</u> |
| | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Sara F. Merin, Assistant U.S. Attorney), and Defendant Rosemarie Rutty (by K. Anthony Thomas, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the Defendant being aware that she has the right to have the matter submitted to a grand jury within 30 days of the date of her arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the Defendant through her attorney having consented to the continuance, and one prior continuance having been granted by the Court; for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1. Defendant has consented to the aforementioned continuance;

2. The grant of a continuance will likely conserve judicial resources; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of

the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 23rd day of December, 2013,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from the date this Order is signed through and including February 28, 2014;

**IT IS FURTHER ORDERED** that the period from the date this Order is signed through and including February 28, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By

_____
K. Anthony Thomas
Assistant Federal Public Defender
Counsel for Defendant

_____
Sara F. Merin
Assistant United States Attorney

_____
Lisa Colone
Assistant United States Attorney
Chief, General Crimes Unit